## IN RE ESTATE OF EDWARDS

No. 701A85.

Case below: 77 N.C. App. 302.

Petition by Clayton I. Duncan and Charles B. Nye for rehearing pursuant to Rule 31 N.C. Rules of Appellate Procedure denied 12 August 1986.

## IN RE WILL OF KING

No. 327P86.

Case below: 80 N.C. App. 471.

Petition by Caveators for discretionary review pursuant to G.S. 7A-31 denied 12 August 1986.

## JOYCE v. CLOVERBROOK HOMES, INC.

No. 421P86.

Case below: 81 N.C. App. 270.

Petition by defendant (Cloverbrook Homes, Inc.) for discretionary review pursuant to G.S. 7A-31 denied 12 August 1986.

## LEWIS v. LEWIS NURSERY, INC.

No. 329P86.

Case below: 80 N.C. App. 246.

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 12 August 1986.

## LOVE v. MEWBORN

No. 136P86.

Case below: 79 N.C. App. 465.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 12 August 1986.